# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-six.

Before: Sarah A. L. Merriam,
*Circuit Judge.*

---

KalshiEX LLC,

Plaintiff - Appellant,

v.

Bryan T. Cafferelli, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection, Kristofer Gilman, Connecticut Department of Consumer Protection, William Tong, in his official capacity as Attorney General of Connecticut,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-2239

Appellant moves the Court to enjoin Appellees from enforcing Connecticut gambling laws against Appellant. Appellees oppose the motion and request leave to file a full opposition by August 24, 2026.

IT IS HEREBY ORDERED that, to the extent Appellant moves for a temporary injunction pending review by a three-Judge panel, the motion is DENIED. The motion for an injunction is referred to a three-Judge panel, to be heard in tandem with Appellant's motion for an injunction in *KalshiEX LLC v. Williams*, No. 26-1835. Appellees' motion for leave to file a full opposition by August 24, 2026 is GRANTED. Appellant may file a full reply in the ordinary course.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe