# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-six.

Before: William J. Nardini,
*Circuit Judge.*

---

KalshiEX LLC,

Plaintiff - Appellant,

v.

Robert Williams, in his official capacity as Executive Director of the New York State Gaming Commission, et al.

Defendants - Appellees,

New York State Gaming Commission,

Defendant.

**ORDER**

Docket No. 26-1835

---

KalshiEX LLC,

Plaintiff - Appellant,

v.

Bryan T. Cafferelli, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection, et al.

Defendants - Appellees.

Docket No. 26-2239

---

Coinbase Financial Markets, Inc.,

Plaintiff - Appellant,

Docket No. 26-2297

v.

William Tong, Attorney General, in his official capacity as Attorney General of Connecticut, et al.

Defendants - Appellees.

---

Appellant Coinbase Financial Markets, Inc. ("Coinbase") has filed a motion for an injunction and requests that the motion be referred, on an expedited basis, to the panel that will determine similar motions filed by Appellant KalshiEX LLC. Seperately, Coinbase moves to consolidate its appeal with *KalshiEX LLC v. Cafferelli*, No. 26-2239.

IT IS HEREBY ORDERED that the motion to have all three motions for injunctive relief decided by the same panel is GRANTED. The request to expedite is DENIED.

IT IS FURTHER ORDERED that the motion to consolidate is DENIED. However, the above-captioned appeals shall be heard in tandem.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

