Milbank
**WILL HAVEMANN**
*Partner*
1101 New York Ave., N.W. | Washington, DC 20005
T: +1 (202) 835-7518
whavemann@milbank.com | milbank.com

September 8, 2026

**By Electronic Filing**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

**Re: *KalshiEX LLC v. Cafferelli*, No. 26-2239**

Dear Ms. Wolfe:

I write on behalf of Plaintiff-Appellant KalshiEX LLC ("Kalshi") in the above-referenced appeal. Pursuant to Local Rule 31.2(a)(1)(A), Kalshi respectfully requests a deadline of September 30, 2026 for its opening brief, which is 37 days from its August 24, 2026 "ready date" in this matter.

Respectfully submitted,

/s/ *William E. Havemann*
William E. Havemann

*Counsel for Appellant KalshiEX LLC*

cc: All Counsel (via ACMS)