# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-six,

KalshiEX LLC,

Plaintiff - Appellant,

v.

Bryan T. Cafferelli, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection, Kristofer Gilman, Connecticut Department of Consumer Protection, William Tong, in his official capacity as Attorney General of Connecticut,

Defendants - Appellees.

**ORDER**
Docket No. 26-2239

William E. Havemann, Esq. and Natasha Khan, Esq, counsel for appellant, has requested permission to use a cellular phone and laptop in the courtroom for the purpose of referring to material during oral argument of the above-referenced case.

Counsel is hereby authorized to use a personal laptop computer in the lawyer anteroom and courtroom for the limited purposes of referring to material during oral argument and for note taking directly related to oral argument in the above-referenced matter.

The use of other devices or smart wearable technology to including watches, rings, or headsets is **barred.**

Counsel certifies that (1) they will not use the device to make or record images or sounds or to send or receive wireless transmissions; and (2) the device lacks wireless data transmission capability, or alternatively that all access to wireless communication, including Bluetooth and Wi-Fi protocols, has been disabled.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe