S.D.N.Y.–N.YC.
25-cv-8846
Torres, J.
D. Conn.
25-cv-2016
25-cv-2121
Oliver, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand twenty-six.

Present:

John M. Walker, Jr.,
Dennis Jacobs,
Joseph F. Bianco,
*Circuit Judges.*

---

KalshiEX LLC,

*Plaintiff-Appellant*,

v. 26-1835

Robert Williams, in his official capacity as Executive Director of the New York State Gaming Commission, et al.,

*Defendants-Appellees*,

New York State Gaming Commission,

*Defendant*.

---

KalshiEX LLC,

*Plaintiff-Appellant*,

v. 26-2239

Bryan T. Cafferelli, in his official capacity as Commissioner

of the Connecticut Department of Consumer Protection, et al.,

*Defendants-Appellees*.

---

Coinbase Financial Markets, Inc.,

*Plaintiff-Appellant*,

v. 26-2297

William Tong, Attorney General, in his official capacity
as Attorney General of Connecticut, et al.,

*Defendants-Appellees*.

---

Appellants in these three appeals, which are being considered in tandem, move for an injunction pending appeal. Upon due consideration, it is hereby ORDERED that the motions are DENIED because Appellants have failed to make the required showing that an injunction pending appeal is warranted. *Agudath Israel of Am. v. Cuomo*, 983 F.3d 620, 631 (2d Cir. 2020).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

